UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2451
_____

UNITED STATES OF AMERICA

v.

JARED MARC BROWN,
               Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 4-17-cr-00262-001)
District Judge: Honorable Matthew W. Brann
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 14, 2020
_____

Before: JORDAN, GREENAWAY, JR., and KRAUSE, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on January 14, 2020.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the District Court's judgment of conviction entered on June 11, 2019 is

2

**AFFIRMED**.  All of the above in accordance with the Opinion of this Court.  Costs shall not be taxed in this matter.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Date: January 29, 2020